■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.— Motion to appeal as a poor person and for other

relief denied as to appeals from orders denying writs of error *coram nobis* and other relief; motion granted to appeal from judgment of conviction upon one certified copy of judgment roll filed pursuant to section 485 of the Code of Criminal Procedure and five typewritten copies of brief and time for argument of appeal enlarged to include September 1959 Term of court.